# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Cook Waterfowl Foundation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wayne Stenehjem, in his official capacity as Attorney General for the State of North Dakota, | ) ) ) | Case No. 1:11-cv-040 |
| | ) | |
| Defendant. | ) | |

Plaintiff initiated the above entitled action by complaint on April 27, 2011, challenging North Dakota's corporate farming law, codified at N.D.C.C. ch. 10-06.1.

The parties submitted a proposed scheduling and discovery plan dated September 21, 2011. Therein they advised the court a constitutional challenge to the State's corporate farming law was pending before the Stutsman County District Court in <u>Stenehjem v. National Audubon Society</u>, Case No. 47-09-C-425. They further requested that the above-entitled action be stayed pending a ruling on the substantive issues Stutsman County District Court in <u>Stenehjem v. National Audubon Society</u>. The court granted their request and on September 23, 2011, the court entered order staying the above-entitled action.

The parties are directed to file a report by June 1, 2012, that updates the court on the status of <u>Stenehjem v. National Audubon Society</u>, Case No. 47-09-C-425.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2012.

                                                              */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr.
                                                              United States Magistrate Judge