**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cook Waterfowl Foundation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wayne Stenehjem, in his official capacity | ) | Case No. 1:11-cv-040 |
| as Attorney General for the State of North | ) | |
| Dakota, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff initiated the above entitled action by complaint on April 27, 2011, challenging North Dakota's corporate farming law, codified at N.D.C.C. ch. 10-06.1.

The parties submitted a proposed scheduling and discovery plan dated September 21, 2011. Therein they advised the court a constitutional challenge to the State's corporate farming law was pending before the Stutsman County District Court in Stenehjem v. National Audubon Society, Case No. 47-09-C-425. They further requested that the above-entitled action be stayed pending a ruling on the substantive issues Stutsman County District Court in Stenehjem v. National Audubon Society.The court granted their request and on September 23, 2011, the court entered order staying the above-entitled action.

The parties are directed to file a report by June 1, 2012, that updates the court on the status of Stenehjem v. National Audubon Society, Case No. 47-09-C-425.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge