**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cook Waterfowl Foundation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wayne Stenejhem, in his official capacity | ) | |
| as Attorney General for the State of | ) | |
| North Dakota, | ) | Case No. 1:11-cv-040 |
| | ) | |
| Defendant. | ) | |

On September 3, 2013, at the parties' request, the court stayed the above-entitled action until either the North Dakota Supreme Court issued a decision in a state district court case captioned <u>Stenejhem v. National Audubon Society</u>, Case No. 47-09-C-425, or until July 1, 2014, whichever occurred first. The North Dakota Supreme Court's opinion in Case No. 47-09-C-425 was filed on April 8, 2014.

The final pretrial conference and bench trial in this case are currently set for August 21, 2014, and September 3, 2014, respectively. However, a conflict has arisen on the court's calendar for September 3, 2014; a criminal trial is presently scheduled to commence on September 3 that will preempt the trial in this case. To address this scheduling issue and otherwise assess the status of this case, the court finds its necessary to schedule a conference call. Accordingly, the undersigned shall conduct a status conference with the parties in the above-entitled action on August 15, 2014, at 11:00 a.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court