# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Cook Waterfowl Foundation, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Wayne Stenehjem, in his official capacity ) | |
| as Attorney General for the State of North ) | |
| Dakota, ) | Case No. 1:11-cv-040 |
| ) | |
| Defendant. ) | |

The court held a status conference with the parties in the above-entitled action on August 15, 2014. Pursuant to its discussion with the parties the court **ORDERS** that the final pretrial conference set for August 21, 2014, and the trial set for September 3, 2014, are cancelled with the understanding that they may be rescheduled as necessary at a future date and time. In the interim the parties will submit a revised scheduling and discovery plan for the court's consideration.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court